IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05- 79 |
| HARRY REHRIG, III, | : | |
| Defendant. | : | |

### FELONY INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

On or about October 8, 2004, in the State and District of Delaware, Harry Rehrig, III, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
April M. Byrd
Assistant United States Attorney

Dated: August 26, 2005

FILED
AUG 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE