IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05- 79 |
| HARRY REHRIG, III, | : | |
| Defendant. | : | |

2005 AUG 26 PM 4: 38

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and April M. Byrd, Assistant United States Attorney for the District of Delaware, respectfully states:

1.  Simultaneously with the filing of this petition, the United States has filed a one-count Felony Information against defendant Harry Rehrig, III, charging him with Possession With Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

2.  This case is related to a pending criminal matter before the Honorable Gregory M. Sleet: *United States v. Williams*, Criminal Action No. 04-130-GMS. Defendant Rehrig is scheduled to appear before Judge Sleet at 9:00 a.m. on September 8, 2005 for his Initial Appearance, Arraignment and Plea Hearing on the Felony Information. The defendant is represented by Eleni Kousoulis, Esquire.

3. The defendant is currently a pretrial detainee in Pennsylvania on various state offenses (Prison I.D. No. 56025). He is detained at the following facility:

> Lehigh County Prison
> 38 N. 4th Street
> Allentown, PA 18102.

**WHEREFORE,** the United States requests that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Lehigh County Prison, to bring said defendant Harry Rehrig, III before the Honorable Gregory M. Sleet, United States District Court for the District of Delaware, on September 8, 2005 at 9:00 a.m. for an Initial Appearance, Arraignment and Plea Hearing, and to be maintained in the custody of the United States Marshal, District of Delaware through sentencing.

> Respectfully submitted,
>
> COLM F. CONNOLLY
> United States Attorney
>
> By: _____
> April M. Byrd
> Assistant United States Attorney

Dated: August 26, 2005

**IT IS SO ORDERED** this _____ day of _____, 2005.

> _____
> HONORABLE GREGORY M. SLEET
> United States District Judge