IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-79-GMS |
| HARRY REHRIG, III, | : | |
| Defendant. | : | |

**AMENDED PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and April M. Byrd, Assistant United States Attorney for the District of Delaware, respectfully states:

1. Simultaneously with the filing of this petition, the United States has filed a one-count Felony Information against defendant Harry Rehrig, III, charging him with Possession With Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

2. This case is related to a pending criminal matter before the Honorable Gregory M. Sleet: *United States v. Williams*, Criminal Action No. 04-130-GMS. Defendant Rehrig is scheduled to appear before Judge Sleet at 3:00 p.m. on September 12, 2005 for his Initial Appearance, Arraignment and Plea Hearing on the Felony Information. The defendant is represented by Eleni Kousoulis, Esquire.

3.  The defendant is currently a pretrial detainee in Pennsylvania on various state offenses (Prison I.D. No. 56025). He is detained at the following facility:

> Lehigh County Prison
> 38 N. 4th Street
> Allentown, PA 18102.

**WHEREFORE,** the United States requests that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Lehigh County Prison, to bring said defendant Harry Rehrig, III before the Honorable Gregory M. Sleet, United States District Court for the District of Delaware, on September 12, 2005 at 3:00 p.m. for an Initial Appearance, Arraignment and Plea Hearing, and to be maintained in the custody of the United States Marshal, District of Delaware through sentencing.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____ for AMB
April M. Byrd
Assistant United States Attorney

Dated: August 29, 2005

**IT IS SO ORDERED** this _____ day of _____, 2005.

_____
HONORABLE GREGORY M. SLEET
United States District Judge

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-79-GMS |
| HARRY REHRIG, III | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Marie Steel, a Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 29th day of August, 2005, I caused to be filed an **Amended Petition For Writ of Habeas Corpus Ad Prosequendum** with the Clerk of Court via hand delivery and to counsel of record as follows:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801

_Marie Steel_
Marie Steel
Legal Assistant