

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*        *(302) 573-6277*
*1007 Orange Street, Suite 700*    *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 8, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    United States v. Harry Rehrig, III
             Criminal Action No. 05-79-GMS

Dear Judge Sleet:

    Enclosed please find an unsigned copy of the parties' Memorandum of Plea Agreement in the above-referenced case.

                                     Respectfully submitted,

                                     COLM F. CONNOLLY
                                     United States Attorney

                      BY:    /s/ April M. Byrd
                               April M. Byrd
                               Assistant United States Attorney

cc:    Clerk, U.S. District Court
        Eleni Kousoulis, Esquire