IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-cr-79 GMS |
| | : |
| HARRY REHRIG, III | : |
| | : |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the Initial Appearance, Arraignment, and Change of Plea hearing regarding the above-named defendant is rescheduled to **Thursday, September 22, 2005, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

Date: September 9, 2005