

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 20, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    United States v. Harry Rehrig, III
            Criminal Action No. 05-79-GMS

Dear Judge Sleet:

    By this letter, the parties request that the plea hearing scheduled for September 22, 2005 at 10:00 AM be re-scheduled to a date to be determined. The parties request this additional time to finalize plea negotiations.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

BY:    /s/ April M. Byrd
        April M. Byrd
        Assistant United States Attorney

cc:    Clerk, U.S. District Court
        Eleni Kousoulis, Esquire