IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-cr-79 (GMS) |
| | : | |
| HARRY REHRIG, III | : | |
| | : | |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the Initial Appearance/Change of Plea Hearing regarding the above-named defendant is scheduled for **Monday, October 3, 2005, at 10:00 a.m.** before The Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

Date: September 22, 2005