IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-79-GMS |
| | ) | |
| HARRY REHRIG, III, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney April M. Byrd as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

>                                   COLM F. CONNOLLY
>                                   United States Attorney
>
>                                   By: /s/ Richard G. Andrews
>                                   Richard G. Andrews
>                                   Assistant United States Attorney
>                                   Nemours Building, #700
>                                   P.O. Box 2046
>                                   Wilmington, Delaware 19899-2046
>                                   richard.andrews2@usdoj.gov

Dated:   September 27, 2005

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 05-79-GMS |
| | ) |
| HARRY REHRIG, III, | ) |
| | ) |
| Defendant. | ) |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on September 27, 2005, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Eleni Kousoulis, Esquire
Federal Public Defender's Office
704 King Street, Suite 110
Wilmington, DE  19801
ecf_ek@msn.com

/s/ Sharon L. Bernardo