IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. **05-79** GMS |
| | ) | |
| HARRY REHRIG, III | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SCHEDULING**

WHEREAS, the defendant has entered a plea of guilty to the charges pending against him in this court,

IT IS HEREBY ORDERED that the Sentencing Hearing for the above defendant is scheduled for **January 12, 2006 at 2:00 p.m.**, in Courtroom 4A of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.


Dated: October 3, 2005            /s/ Gregory M. Sleet
                                  UNITED STATES DISTRICT JUDGE

*\*Find out if the defendant incarcerated - if not, include USM language*