IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal No. 05-79 GMS |
| HARRY REHRIG, III | : |
| Defendant. | : |

**O R D E R**

At Wilmington this 3rd day of October, 2005, the defendant having entered a plea of guilty to Count I of the Felony Information filed against him;

IT IS ORDERED that:

1. The sentencing of the defendant is scheduled for **Thursday, January 12, 2006 at 2:00 p.m.** in Courtroom 4A, 844 King Street, Wilmington, Delaware.

2. Any objections to the presentence report must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections should **not** be filed with the court.[1]

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.

   3. Counsel will notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

   4. The presentence investigation report shall be submitted to the court 5 (five) business days prior to the sentencing.

            /s/ Gregory M. Sleet
            UNITED STATES DISTRICT JUDGE