IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>HARRY REHRIG, III<br>    Defendant. | §<br>§<br>§   CRIMINAL ACTION NO.05-79-GMS<br>§<br>§<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE LEHIGH COUNTY PRISON, ALLENTOWN, PENNSYLVANIA

FILED JAN 26 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **HARRY REHRIG, III** who is now detained and imprisoned in the **LEHIGH COUNTY PRISON** and who is a defendant in the above-entitled cause, in which cause the said **HARRY REHRIG, III** was charged with a violation of 21 U.S.C. SECTION 841(a)(1) and (b)(1)(c) for an **INITIAL APPEARANCE AND PLEA HEARING ON MONDAY, SEPTEMBER 12, 2005 AT 3:00 PM** and for any other proceedings subsequent thereto , and remain in the custody of the U.S. Marshal's Service through sentencing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Gregory M. Sleet, United States District Judge of the District Court of the United States for the District of Delaware, this 29th day of August 2005.

PETER T. DALLEO, CLERK

By: _____
       Deputy Clerk

CERTIFIED: 8/30/05
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK

BY _Evette Waters_____
       Deputy Clerk

