PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
05-CR-79 GMS

DOCKET NUMBER *(Rec. Court)*
06CR375-CMR

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Harry Rehrig<br>Allenwood, Pennsylvania | Delaware | Wilmington |
| | NAME OF SENTENCING JUDGE<br>The Honorable Gregory M. Sleet | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>March 21, 2006 | TO<br>March 20, 2009 |

OFFENSE

Possesion with Intent to Distribute Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 4, 2006
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 26, 2006
Effective Date

United States District Judge

7-27-06