# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### PROBATION OFFICE

**DANIEL W. BLAHUSCH**
CHIEF U.S. PROBATION OFFICER

FEDERAL BUILDING
SUITE 1401
504 W. HAMILTON STREET
ALLENTOWN, PA 18101
610-434-4062
FAX # 610-434-6448

August 25, 2006

John G. Selvaggi, Deputy Chief
U.S. Probation Officer
United States Probation Office
J. Caleb Boggs Federal Building
Lockbox #39
844 King Street
Wilmington, Delaware 19801-3588

RE:  REHRIG, Harry
     Probation Form 22

Dear Mr. Selvaggi:

Enclosed is one original Probation Form 22, Transfer of Jurisdiction, signed by Judge Rufe in the Eastern District of Pennsylvania, for submission to your Clerk's Office. Please forward any remaining file material you have on Mr. Rehrig at this time.

Thank you for your attention to this matter.

Sincerely,

Daniel W. Blahusch, Chief
U.S. Probation Officer

*C.J.M for*

Sally J. Keglovits
U.S. Probation Officer-In-Charge

SJK:ct

Enclosure