UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA   FILED AUG - 4 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| HARRY REHRIG | : | No. 06-375 |

## ORDER

AND NOW, this 31st day of July, 2006, it is **ORDERED** that the Order of 7/26/06 accepting transfer of jurisdiction from District of Delaware as to Harry Rehrig signed by Judge Gene E.K. Pratter on 7/26/06 is **VACATED**.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge

ENTERED
AUG - 4 2006
CLERK OF COURT